**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SUBURBAN REALTY, L.P.,      :   No. 538 MAL 2020
                                     :
          Petitioner      :
                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the
        v.                      :   Commonwealth Court
                                     :
                                     :
STROUD TOWNSHIP ZONING HEARING   :
BOARD AND STROUD TOWNSHIP      :
BOARD OF SUPERVISORS,         :
                                     :
          Respondents     :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 15th day of March, 2021, the Petition for Allowance of Appeal is

**DENIED**.